APPROVED. 12/12/23
/S/ Matthew J. Maddox
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| MATTHEW ASHLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>- against -<br><br>CHAIN DRUG MARKETING ASSOCIATION, INC.,<br><br>    Defendant. | 1:23-cv-01486-MJM |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Each side shall bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   December 12, 2023

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080